**Deny and Opinion Filed October 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01169-CV

### IN RE LAKEITH AMIR-SHARIF, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-J**

## MEMORANDUM OPINION

Before Justices Lang, Evans, and Whitehill
Opinion by Justice Whitehill

In his petition for writ of mandamus relator complains of the sequence of the trial court's handling of various discovery motions in this case. He also contends that the trial court has improperly refused to rule on several motions. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the record, we conclude that relator has failed to demonstrate the trial court has abused its discretion. We deny the petition.

151169F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE